FILED
CLERK, U.S. DISTRICT COURT

JUL 29 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO RUIZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAXON MORTGAGE SERVICES, QUALITY LOAN SERVICES CORPORATION, all persons unknown, claiming any legal or equitable right, title; doing business in the State of California, DOE LENDER and DOES 1 through 100<br><br>　　　　　Defendants. | Case No.: CV09-2766 AHM (SSx)<br>For all purposes assigned to the Honorable A. Howard Matz<br><br>**JUDGMENT IN FAVOR OF DEFENDANT SAXON MORTGAGE SERVICES, INC.** |

Pursuant to the Order of this Honorable Court on July 13, 2009, dismissing the above-captioned action in its entirety and <u>with prejudice</u>:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

　　1. Plaintiff, ROBERTO RUIZ ("Plaintiff") shall take nothing against Defendant, SAXON MORTGAGE SERVICES, INC. ("SAXON").

1

2. All of Plaintiff's causes of action and claims with respect to the above-captioned matter are dismissed with prejudice.

3. Judgment shall be entered in favor of SAXON and against Plaintiff.

4. SAXON may use this Judgment to seek to expunge the Notice of Pendency of Action (Lis Pendens) recorded in the County of Los Angeles, as Instrument Number 20090227356, against the real property commonly known as 13527 GARD AVENUE, NORWALK, CALIFORNIA 90650.

**IT IS SO ORDERED.**

Date: *July 29, 2009*

_____
The Honorable U.S. District Court Judge